468 A.2d 831

Commonwealth v. Ritchey, Appellant.

Petition for Allowance of Appeal
Denied March 22, 1984.

Submitted May 24, 1983. Robert D. Gleason, for appellant; David J. Tulowitzki, Assistant District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, ROWLEY and CIRILLO, JJ.

Judgment of sentence affirmed.